UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                             :
EDDY PHILIPPEAUX                                             :
                                                             :   09 Civ. 8894 (GBD) (DF)
                                    Plaintiff,               :
                                                             :   **ORDER**
            -against-                                        :
                                                             :
THE DEPOSITORY TRUST                                         :
CLEARING COMPANY,   et. al.,                                 :
                                                             :
                                    Defendant.               :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/10

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having held an initial case management conference on April 12, 2010, with Plaintiff, who is proceeding *pro se*, and counsel for defendants the Depository Trust Clearing Company ("DTCC") and its current and/or former employees (collectively, the "DTCC Defendants"), it is hereby ORDERED, as stated on the record at that conference:

1. The parties' initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), to the extent not already made, shall be made no later than April 23, 2010.

2. Defendants are directed to serve and file an Answer to Plaintiff's Second Amended Complaint no later than April 27, 2010.

3. The parties' initial document requests and interrogatories, to the extent not already served, shall be served no later than April 30, 2010.

4. Any further motions to amend the pleadings or to join additional parties shall be served and filed no later than May 18, 2010.

5. All fact discovery shall be completed no later than August 5, 2010.

6.      The parties are direct to appear for a follow-up conference before the Court on May 17, 2010, at 3:00 p.m., at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, in Courtroom 17A.

Dated:  New York, New York
        April 19, 2010

                                        SO ORDERED

                                        _____
                                        DEBRA FREEMAN
                                        United States Magistrate Judge

Copies to:

Mr. Eddy Philippeaux
244 Madison Avenue
Apt. 176
New York, NY 10016

Marc A. Mandelbaum, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036